ACCEPTED
04-15-00100-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/24/2015 11:26:28 AM
KEITH HOTTLE
CLERK

## NO. 04-15-00100-CR

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/24/2015 11:26:28 AM
KEITH E. HOTTLE
Clerk

IN THE
FOURTH COURT OF APPEALS
OF TEXAS
AT SAN ANTONIO, TEXAS

**BRANDON MASTER**,
Appellant

VS.
**THE STATE OF TEXAS**,
Appellee

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE COURT OF APPEALS:

Comes now, and RICHARD B. DULANY, JR., Assistant Public Defender, counsel for Appellant in the above-styled appeal, and respectfully requests permission to withdraw as counsel.

### I.

The Bexar County Public Defender's office was appointed on March 16, 2015 to represent Appellant in this appeal from the revocation of probation in trial court case number 2010CR4791W, obtained upon Appellant's plea of true to the trial court.

### II.

Undersigned counsel has conducted a diligent review of the record and pertinent case law, and counsel finds the appeal to be wholly frivolous. Counsel

has filed a brief pursuant to *Anders v. California,* 386 U.S. 738 (1967) and *High v. State*, 573 S.W.2d 807 (Tex.Crim.App. 1978), in which counsel relates that he has diligently searched the record and has failed to find any meritorious issues for review on appeal.

## III.

Counsel has provided Appellant, by Certified Mail, a copy of the brief filed in this case, along with a letter outlining Appellant's rights under *Anders*, including the right to review the appellate record and file a *pro se* brief.

## IV.

Counsel has provided Appellant with a motion for *pro se* access to the appellate record to sign, date, and return to this Court for filing. *See Kelly v. State*, 436 S.W.3d 313, 318-19 (Tex. Crim. App. 2014).

## V.

Counsel has provided Appellant a copy of this Motion to Withdraw contemporaneously with filing of said brief.

## VI.

For the above reasons, counsel respectfully requests permission to withdraw from further representation of Appellant.

Respectfully submitted,

/s/ Richard B. Dulany, Jr.

_____

RICHARD B. DULANY, JR.

Assistant Public Defender
Bexar County Public Defender's Office
101 W. Nueva St., Suite 370
San Antonio, Texas 78205
richard.dulany@bexar.org
(210) 335-0701
FAX (210) 335-0707
Texas Bar No. 06196400

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE AND COMPLIANCE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Motion To Withdraw as Counsel has been delivered electronically to the Bexar County District Attorney's Office, Appellate Division, Paul Elizondo Tower, 101 Nueva St., Suite 710, San Antonio, Texas 78205, on **June 24, 2015**.

I further certify that a true and correct copy of the foregoing motion was served upon Brandon Master, TDCJ# 01653759, Garza West Transfer Facility, 4250 HWY 202, Beeville, TX 78102, by certified mail, return receipt requested, Article No. 7012 1640 0002 4217 6719, on **June 24, 2015**.

This document contains 439 words.

/s/ Richard B. Dulany, Jr.

_____
RICHARD B. DULANY, JR.